UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE: | Case No.:   24-17938 |
| CLARA HELENA BYNUM | Chapter:   13 |
| Debtor | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2006-2 MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-2 and its assignees and/or successors in interest, | |
| Movant/Secured Creditor | |
| v. | |
| CLARA HELENA BYNUM | |
| Debtor | |

NOTICE OF SECURED CREDITOR'S
RIGHT TO COMMENCE FORECLOSURE PROCEEDINGS

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

1. The undersigned is counsel of record for Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2006-2 Mortgage Loan Asset Backed Certificates, Series 2006-2, a secured creditor of the above referenced Debtor(s) whose debt is secured by real property.

2. Pursuant to the terms of the Consent Order Conditioning Stay, this Praecipe serves as the Secured Creditor's notice of its right to commence foreclosure proceedings pursuant to the deed of trust dated May 4, 2006, recorded at Liber 26124 at Page 473, among the land records

for the property designated as 3900 Wakefield Lane, Bowie, MD 20715, by virtue of the lifting of the stay of 11 U.S.C §362(a).

LOGS LEGAL GROUP LLP
Attorney for Movant

/s/Randa S Azzam
By: _____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Angela M. Tonello, Esquire
Federal I.D. Bar No. 30084
LOGS LEGAL GROUP LLP
Mailing Address
10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216
(703) 449-5800
ECF@Logs.com
24-297446

**CERTIFICATE OF SERVICE**

I hereby certify that on the __2nd_____ day of __June_____, __2025_____ the following person(s) were served a copy of the foregoing in the manner described below:
Via CM/ECF Electronic Notice:

Tommy Andrews Jr., Tommy Andrews, Jr. P.C.  Debtor's Attorney
122 North Alfred St.
Alexandria, VA 22314

Rebecca A. Herr  Chapter 13 Trustee
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401

Via First Class Mail, Postage Prepaid:

Clara Helena Bynum  Debtor(s)
3900 Wakefield Lane
Bowie, MD 20715

/s/Randa S Azzam_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Angela M. Tonello, Esquire
Federal I.D. Bar No. 30084
LOGS LEGAL GROUP LLP
Mailing Address
10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216
(703) 449-5800
logsecf@logs.com     24-297446